# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 3004 Disciplinary Docket No. 3 |
| | : | |
| KENNETH L. BLACKWELL | : | No. 131 DB 2023 |
| | : | |
| | : | (District of Columbia Court of Appeals, |
| | : | No. 22-BG-0565) |
| | : | |
| | : | Attorney Registration No. 62830 |
| | : | |
| | : | (Out of State) |

## <u>ORDER</u>

**PER CURIAM**

 **AND NOW**, this 13th day of November, 2023, having failed to respond to a Notice and Order directing him to provide reasons against the imposition of reciprocal discipline, Kenneth L. Blackwell is suspended from the practice of law in the Commonwealth of Pennsylvania, consistent with the Opinion and Order of the District of Columbia Court of Appeals decided August 10, 2023.  He shall comply with the provisions of Pa.R.D.E. 217.